IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JUSTICE SHUNTE MCCLENDON, | * |
| Petitioner, | * |
| v. | Case No. 1:21-CV-140 |
| | * |
| HERBERT WALKER, Warden, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 29, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 29th day of June, 2022.

David W. Bunt, Clerk

s/ Dennis Tomlinson, Deputy Clerk